UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD EDWARD GUTIERREZ, | NO. EDCV 06-0084-FMC (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 14, 2008

FLORENCE-MARIE COOPER
United States District Judge